IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINALD TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:19-cv-01054 |
| | ) Judge Trauger |
| SHERIFF ROBERT BYRANT, ET AL., | ) ) |
| Defendants. | ) |

**ORDER**

On June 9, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 13), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute under Federal Rule of Civil Procedure 41(b) and Local Rules 41.01(a) and (b).

This Order constitutes the judgment in this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge